CHARLES PARKIN, City Attorney
HOWARD D. RUSSELL, Deputy City Attorney
State Bar No. 163595
333 West Ocean Boulevard, 11th Floor
Long Beach, California 90802-4664
Telephone: (562) 570-2200
Facsimile: (562) 436-1579
Email: howard.russell@longbeach.gov

Attorneys for Defendants,
CITY OF LONG BEACH
GAMALIEL COLLAZO
MARTIN ROMO
CHIEF OF POLICE JIM McDONNELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD EVANS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ¹CITY OF LONG BEACH POLICE DEPARTMENT; POLICE OFFICER GAMMALIEL COLLAZO; POLICE OFFICER M. ROMO; CHIEF OF POLICE JIM McDONNELL, AND DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV14-0923 DDP (VBKx) <br><br> Honorable Dean D. Pregerson, Judge Courtroom 3. 2nd Floor, 312 North Spring Street, Los Angeles, CA 90012 <br><br> [PROPOSED] PROTECTIVE ORDER |

It appearing that information from the files of the Long Beach Police Department, requested by Plaintiff during discovery in this matter, is protected by the individual police officers' right of privacy and the Official Information Privilege, the Parties nevertheless wish to cooperate with discovery while protecting the interests of the police officers named as defendants herein, the parties agree that

---

¹ The Long Beach Police Department is not an independent, legal entity subject to suit, but rather, a department within the City of Long Beach. Defendant City of Long Beach, used herein refers to CITY OF LONG BEACH and CITY OF LONG BEACH POLICE DEPARTMENT.

the following Protective Order shall apply to the information released by the Long Beach Police Department to the Plaintiff in this action.

1. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of portions of the personnel files of defendant officers GAMALIEL COLLAZO, and MARTIN ROMO, limited to each officer's use-of-force history summary, and each officer's Internal Affairs history summary as it pertains to allegations of excessive use of force. The attorneys for the parties understand and agree that the production of the summaries is limited to the summary information available at the time of the request, and that the certain records may have been purged.

2. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of Internal Affairs case file CIT 2012-0109.

3. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of personnel evaluations for each of the defendant officers.

4. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of the POST training summary for defendant officers GAMALIEL COLLAZO and MARTIN ROMO.

5. Attorneys for the parties shall personally secure and maintain said copies in their possession to the end that said copies are to be used only for the purposes set forth below and for no other purpose.

6. Copies of the record shall only be used for preparing for and prosecuting or defending this case pending the completion of the judicial process including appeal, if any.

7. This Order does not govern the use at trial of material designated under this Order. The parties, however, may otherwise use copies of the records to prepare for trial, including – but not limited to - use of the records at depositions

1 (under seal) and for law and motion practice.

2     8.    If necessary in the judgment of the attorneys for the parties in
3 this case, they may show or reveal the contents of the copies to their employees or
4 agents, if the same may actively assist in the prosecution or defense of this case.

5     9.    Plaintiff's attorneys may show or reveal contents of documents
6 to their client, only in the event the documents describe or refer to incidents
7 involving Plaintiff, and in no other instance.

8     10.    Any depositions, during which the contents of copies of the
9 records are part of the testimony or copies of the records are attached as exhibits,
10 shall be sealed as to any confidential portions.

11     11.    After completion of the judicial process in this case, attorneys for
12 the parties shall return the above-referenced records to the Office of the City
13 Attorney as attorney for the Custodian of Records for the Long Beach Police
14 Department and shall retain no copy of such material in any form.

15     12.    Attorneys for the parties shall cause the substance of this Order
16 to be communicated to each person to whom the information is revealed in
17 accordance with this Order.

18     13.    The attorneys for the parties shall not cause or knowingly
19 permit disclosure of the contents of the copies beyond the disclosure permitted
20 under the terms and conditions of this Order, including but not limited to any news
21 media which is inclusive of film or video, television, radio or print.

22     14.    This order may be signed in counterparts. A faxed signature
23 shall serve with the same force and effect of an original signature.

24     The Court retains jurisdiction to modify this Protective Order and to
25 make further Orders with respect to control and use of the information delivered to
26 the attorneys for the parties pursuant to this Order, including Orders as to the
27 ultimate disposition of said copies while the judicial process is pending.
28 / / /

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

3
[PROPOSED] PROTECTIVE ORDER

l:\apps\ctylaw32\wpdocs\d029\p021\00493780.doc

| | | |
|---|---|---|
| 1 | DATED: October 28, 2014 | CHARLES PARKIN, City Attorney |
| 2 | | /s/ Howard D. Russell |
| 3 | | By: _____ |
| 4 | | HOWARD D. RUSSELL |
| | | Deputy City Attorney |
| 5 | | Attorneys for Defendants |
| 6 | | CITY OF LONG BEACH |
| | | GAMALIEL COLLAZO |
| 7 | | MARTIN ROMO; CHIEF OF |
| 8 | | POLICE JIM McDONNELL |
| 9 | DATED: November 4, 2014 | LAW OFFICES OF UZUKA L. UZOH |
| 10 | | /s/ Uzuka L. Uzoh |
| 11 | | By: _____ |
| 12 | | UZUKA L. UZOH, Esq. |
| | | Attorneys for Plaintiff |
| 13 | | ARNOLD EVANS |
| 14 | IT IS SO ORDERED: | |
| 15 | /// | |
| 16 | DATED: 11/ 6 , 2014 | |
| 17 | | _____ |
| 18 | | VICTOR B. KENTON |
| 19 | | U.S. MAGISTRATE JUDGE |

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

4

[PROPOSED] PROTECTIVE ORDER

I:\apps\ctylaw32\wpdocs\d029\p021\00493780.doc